**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **FAIZAL ABDULLAHI,** | : | |
| | : | |
| **Petitioner,** | : | **Case No. 2:25-cv-37** |
| | : | |
| **v.** | : | **Judge Algenon L. Marbley** |
| | : | |
| **WARDEN, SOUTHEASTERN CORRECTIONAL INSTITUTION,** | : | **Magistrate Judge Chelsey M. Vascura** |
| | : | |
| | : | |
| **Respondent.** | : | |

**ORDER**

On May 6, 2026, the United States Magistrate Judge issued a Report and Recommendation in this case (ECF No. 15), recommending that the Court deny Abdullahi's habeas petition and dismiss this action with prejudice. Petitioner was advised of his right to object to the Report and Recommendation within fourteen days and of the consequences of failing to do so. (*Id.* at 23–24). No objection has been filed, and the deadline for such objections elapsed on June 3, 2026. Based upon an independent review, this Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's thorough and well-reasoned Report and Recommendation and **DENIES** Abdullahi's habeas petition. This case is hereby **DISMISSED** with prejudice. The Clerk of Court is **DIRECTED** to close the case.

The Court **CERTIFIES** that an appeal of this Order would not be taken in good faith and should not be permitted to proceed *in forma pauperis*. 28 U.S.C. § 1915.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: August 4, 2026**